IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

TERRA PARTNERS; TERRA XXI, LTD.;
ROBERT WAYNE VEIGEL;
ELLA MARIE WILLIAMS VEIGEL;
VEIGEL FARMS, INC.; VEIGEL CATTLE COMPANY;
and VEIGEL FARM PARTNERS,

    Plaintiffs,

v.                              No. 1:14-cv-01112-CG-KK

AG ACCEPTANCE CORPORATION,

    Defendant.

NOTICE OF EXTENSION OF RESPONSE DEADLINE

Plaintiffs hereby give notice that the parties have agreed to extend the time for Plaintiffs to file a Response To Defendant's Motion To Transfer Venue [Doc. 9]. Under this agreement, Plaintiffs shall have until January 14, 2015 to serve and file their response to said motion.

                Respectfully submitted,

                KELEHER & MCLEOD, P.A.

                By: /s/ Justin B. Breen
                    Filed Electronically on 12/29/14
                    Jeffrey A. Dahl
                    Justin B. Breen
                    Post Office Box AA
                    Albuquerque, New Mexico 87103
                    Telephone: (505) 346-4646
                    Facsimile: (505) 346-1370
                    E-Mail: jlr@keleher-law.com
                    E-Mail: jbb@keleher-law.com
                    *Attorneys for Plaintiffs*

THIS HEREBY CERTIFIES that on December 29, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following:

**Lead Counsel for Ag Acceptance Corporation:**
Richard F. Rowley II
Rowley Law Firm, L.L.C.
P.O. Box 790
Clovis, New Mexico  88102-0790
Telephone:  (575) 763-4457
Facsimile:  (575) 763-4450
E-Mail:  R2@RowleyLawFirm.com

**Co-Counsel for Ag Acceptance Corporation:**
Barbara Whiten Balliette
Reid Collins & Tsai LLP
1301 S. Captial of Texas Hwy., C-300
Austin, Texas  78746
Telephone:  (512) 647-6100
Facsimile:  (512) 647-6129
E-Mail:  BBalliette@RCTLegal.com

**Co-Counsel for Ag Acceptance Corporation:**
Clifford H. Walston
Walston Law Firm, PC
8713 Lanell Lane
Houston, Texas  77055
Telephone:  (713) 299-0651
Facsimile:  (281) 888-7737
E-Mail:  Cliff@WalstonLawFirm.com

/s/ Justin B. Breen
Justin B. Breen

4834-1780-1505, v.  1